IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02613-PAB-MEH

JENNIFER DEBUHR and
JASON DEBUHR,

    Plaintiffs,

v.

WARREN M. HERN and
BOULDER ABORTION CLINIC, P.C., a Colorado professional corporation,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    The Court has attached a draft juror questionnaire for use during jury selection. The questionnaire will be distributed to the prospective jurors after Judge Brimmer briefly addresses them in the jury assembly room. An attorney from each side can be present for Judge Brimmer addressing the jurors, but must avoid any communications with the jurors and must immediately leave the jury assembly room after Judge Brimmer's remarks. After the jurors return their questionnaires, the questionnaires will be copied and distributed to the attorneys in the courtroom. The attorneys will have an opportunity to review the questionnaires before the prospective jurors are brought into the courtroom for jury selection. Non abortion-related questions that the Court has not included in the questionnaire may be asked during voir dire, subject to the Court's rulings at the trial preparation conference. Any comments or objections to the questionnaire or to the questionnaire procedure explained in this order must be filed no later than Thursday, January 4, 2018.

    DATED January 2, 2018.

Civil Action No. 15-cv-02613-PAB-MEH

_____

**JUROR QUESTIONNAIRE**
_____

      This case involves an abortion. Prenatal testing disclosed that the fetus was missing a part of its brain. Delivery of the fetus posed a significant health risk to the mother. If the fetus survived delivery, it was determined that it would likely endure great suffering. At the mother's request, a doctor performed an abortion in the second trimester of pregnancy. This case involves claims by the mother that she experienced complications after the procedure as a result of medical malpractice. The doctor denies any malpractice.

      You are required to complete this questionnaire and to answer the questions completely and truthfully. The questions that are asked are not designed to offend or embarrass you. This questionnaire will be used only by the parties, the lawyers, and the Court for purposes of jury selection. This questionnaire will be immediately destroyed after jury selection is completed.

      You are sworn to give true and complete answers to all questions on this questionnaire. Please use the back side of the questionnaire if you cannot complete your response in the space provided. Do not use the internet or any outside source of information to complete this questionnaire or for any purpose related to this case. Please do not talk about the topics mentioned in this questionnaire with other jurors.

      Thank you in advance for your careful attention to the questions below.

                                                     _____
                                                     Philip A. Brimmer
                                                     United States District Judge

**QUESTIONS:**

1. Do you belong to any groups, organizations, or communities which take a position for or against abortions? Yes/No _____

If yes, please identify which ones and briefly describe the positions they take on abortions: _____
_____
_____
_____

2. Do you hold any views about whether a woman should or should not choose to have an abortion if serious fetal defects are discovered?  Yes/No _____

If yes, please explain: _____
_____


3. Do you hold any views about whether a doctor should or should not be able to perform an abortion on a fetus with serious medical defects where birth presents significant risks to the mother's health?  Yes/No _____

If yes, please explain: _____
_____


4. Have you or anyone close to you had an abortion? Yes/No _____

Without listing the person's name, what relationship to you is the person? (e.g., friend, sister, etc.) _____

Were you critical of that person's decision to have an abortion?  Yes/No _____

If yes, please explain: _____
_____
_____


5. Some of the evidence in this case may be graphic.  Can you do your best to be objective about such evidence and be fair and impartial to both sides? Yes/No ____


**I hereby declare under penalty of perjury that the information provided is true to the best of my knowledge.**

                                                _____
                                                Signature

                                                Name: _____
                                                        (printed)

                                                Juror Number: _____