IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No: 15-cv-02613-PAB-MEH | Date: January 8, 2018 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

JENNIFER DEBUHR, and  Terry Dougherty
JASON DEBUHR,  Audrey Svane

   Plaintiffs,

v.

WARREN M HERN, and  Kay Rice
BOULDER ABORTION CLINIC, P.C., a Colorado  Amy Cook-Olson
professional corporation,

   Defendants.

## COURTROOM MINUTES

### JURY TRIAL – DAY ONE

**8:16 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding jury questionnaire, individual voir dire, time limits on opening statements, Plaintiffs' Exhibit 72, Defendants' Exhibit A-55, pgs. 335, 336, and 337, stipulated exhibits, witness sequestration, and other preliminary matters.

**8:30 a.m.**   **Court in recess.**
**9:38 a.m.**   **Court in session.**

Discussion regarding jury questionnaire answers.

The following jurors are excused based on answers provided in the questionnaire:

   100337468
   100340383
   100369252

       100345319
       100337904
       100371508
       100355075
       100349377
       100339295
       100345341
       100365457

**9:50 a.m.**      **Court in recess.**

10:09 a.m.      Jurors present.

Fifteen jurors called to the jury box.

**10:18 a.m.**      **Court in session.**

Court's preliminary remarks and introduction of counsel, parties, and staff.

Statement by the Court.

All jurors sworn for voir dire.

10:30 a.m.      Court voir dires jurors.

**11:22 a.m.**      **Court in recess.**
**11:36 a.m.**      **Court in session.**

Voir dire by Mr. Dougherty.

11:38 a.m. to 11:41 a.m.      **Bench conference.**

Voir dire continues.

12:02 p.m.      Voir dire by Ms. Rice.

12:23 p.m. to 12:28 p.m.      **Bench conference:** Plaintiffs' oral motion to excuse juror 100360623 for cause is GRANTED. Defendants' oral motion to excuse juror 100347608 for cause is DENIED.

12:30 p.m.      Court voir dires juror.

12:31 p.m.      Voir dire by Mr. Dougherty.

12:36 p.m.      Voir dire by Ms. Rice.

Court excuses jurors for cause:

    100328753
    100349607
    100360623

Plaintiffs' challenges:

    100355731
    100332332
    100339028

Defendants' challenges:

    100347608
    100372907
    100360509

12:46 p.m.    Nine jurors selected to try the case:

    100366393
    100353257
    100372834
    100361935
    100343936
    100372603
    100360714
    100375387
    100346073

Jury panel sworn.

Court instructs jurors. Jurors excused.

**12:54 p.m.    Court in recess.**
**2:17 p.m.    Court in session.**

2:19 p.m.    Jurors present.

Court instructs jurors.

2:34 p.m.    Plaintiffs' opening statement by Mr. Dougherty.

3:17 p.m.	Defendants' opening statement by Ms. Rice.

Court instructs jurors.  Jurors excused.

**3:55 p.m.	Court in recess.**
**4:09 p.m.	Court in session.**

Discussion regarding Plaintiff Jennifer DeBuhr's testimony.

4:11 p.m.	Jurors present.

Plaintiff, Jennifer DeBuhr, sworn.

4:12 p.m.	Direct examination of Ms. DeBuhr by Mr. Dougherty.

**Defendants' Exhibit A-1, pg. 34, and A-2 are admitted.**

4:33 p.m. to 4:35 p.m.		**Bench conference:**	Technical difficulty with Exhibit A-2 video.

Jurors excused.

**4:35 p.m.	Court in recess.**
**4:42 p.m.	Court in session.**

Defendants' Exhibit A-2 video played for jurors.

Court instructs jurors.  Juror excused until January 9, 2018 at 8:30 a.m.

Discussion regarding designations related to Dr. Arias' deposition.

**5:12 p.m.	Court in recess.**

Hearing continued.
Total in-court time    04:56