IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No: 15-cv-02613-PAB-MEH | Date: January 9, 2018 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:* | *Counsel:*

JENNIFER DEBUHR, and | Terry Dougherty
JASON DEBUHR, | Audrey Svane

   Plaintiffs,

v.

WARREN M HERN, and | Kay Rice
BOULDER ABORTION CLINIC, P.C., a Colorado | Amy Cook-Olson
professional corporation,

   Defendants.

## COURTROOM MINUTES

### JURY TRIAL – DAY TWO

 8:53 a.m.     **Court in session.**

Court calls case. Appearances of counsel.

Plaintiff, Jennifer DeBuhr, retakes the witness stand.

8:55 a.m.     Jurors present.

Continued direct examination of Ms. DeBuhr by Mr. Dougherty.

**Defendants' Exhibit A-71, pg. 2, is admitted.**
**Plaintiffs' Exhibits 35 and 31 are admitted.**

Court instructs jurors. Jurors excused.

Discussion regarding decorum during witness examinations.

**10:31 a.m.     Court in recess.**

**11:00 a.m.     Court in session.**

Discussion regarding Ms. Cook-Olson's interaction with a spectator and business records declaration.

11:04 a.m.     Jurors present.

Continued direct examination of Ms. DeBuhr by Mr. Dougherty.

**Defendants' Exhibit A-1, pgs. 74-77, are admitted.**

11:18 a.m. to 11:25 a.m.     Bench conference.

11:25 a.m.     Continued direct examination of Ms. DeBuhr by Mr. Dougherty.

Court instructs jurors.  Jurors excused.

Discussion regarding business records declaration.

**12:28 p.m.     Court in recess.**
**1:21 p.m.      Court in session.**

Discussion regarding the admission of the bill of Dr. Carlson's services.

**1:27 p.m.     Court in recess.**
**1:34 p.m.     Court in session.**

Jurors present.

Continued direct examination of Ms. DeBuhr by Mr. Dougherty.

**Plaintiffs' Exhibit 85 is admitted.**
Reference to Defendants' Exhibit A-1, pg. 76.

2:16 p.m. to 2:21 p.m.     Bench conference.

Continued direct examination of Ms. DeBuhr by Mr. Dougherty.

2:43 p.m. to 2:47 p.m.     Bench conference.

2:48 p.m.     Cross examination of Ms. DeBuhr by Ms. Rice.

Court instructs jurors.  Jurors excused.

**3:13 p.m.     Court in recess.**

**3:36 p.m.    Court in session.**

3:38 a.m.    Jurors present.

Continued cross examination of Ms. DeBuhr by Ms. Rice.

3:40 p.m.    Reference to the August 23, 2016 deposition transcript of Jennifer DeBuhr.

**Plaintiffs' Exhibits 7, pg. 1, and 1 are admitted.**
**Defendants' Exhibits A-55, pgs. 404, 428, 433, 437, 439, and 440, B-38, pgs. 41 and 42, A-1, pg. 35, are admitted.**

Reference to Defendants' Exhibit A-1, pg. 34.

Court instructs jurors. Juror excused until January 10, 2018 at 8:30 a.m.

Discussion regarding records issue, exhibit lists, admission of exhibits, and trial scheduling.

**ORDERED:    The parties shall submit amended exhibit lists tomorrow morning, as discussed.**

**5:18 p.m.    Court in recess.**

Hearing continued.
Total in-court time    6:23