IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No: 15-cv-02613-PAB-MEH | Date: January 10, 2018 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

JENNIFER DEBUHR, and  Terry Dougherty
JASON DEBUHR,  Audrey Svane

   Plaintiffs,

v.

WARREN M HERN, and  Kay Rice
BOULDER ABORTION CLINIC, P.C., a Colorado  Amy Cook-Olson
professional corporation,

   Defendants.

## COURTROOM MINUTES

### JURY TRIAL – DAY THREE

**8:34 a.m.**     **Court in session.**

Court calls case.

Discussion regarding trial time and the status of records from Dr. Vasa's office.

Counsel confirm they are prepared to proceed with trial on January 19, 2018.

Plaintiff, Jennifer DeBuhr, retakes the witness stand.

8:37 a.m.     Jurors present.

Discussion regarding trial scheduling.

8:38 a.m.     Continued cross examination of Ms. DeBuhr by Ms. Rice.

9:20 a.m. to 9:32 a.m.     Bench conference.

Continued cross examination of Ms. DeBuhr by Ms. Rice.

Court instructs jurors. Jurors excused.

**9:50 a.m.    Court in recess.**
**10:08 a.m.   Court in session.**

Jurors present.

10:09 a.m.    Redirect examination of Ms. DeBuhr by Mr. Dougherty.

10:16 a.m. to 10:17 a.m.    Bench conference.

Continued redirect examination of Ms. DeBuhr by Mr. Dougherty.

Witness excused.

11:00 a.m.    Plaintiffs' witness, Dr. Mark Carlson, by videotaped deposition taken November 20, 2017.

Direct examination of Dr. Carlson by Mr. Dougherty through videotaped deposition.

Court instructs jurors. Jurors excused.

**12:03 p.m.   Court in recess.**
**1:32 p.m.    Court in session.**

Discussion regarding status of videotaped deposition.

1:38 p.m.    Jurors present.

1:39 p.m.    Continued direct examination of Dr. Carlson by Mr. Dougherty through videotaped deposition.

**Defendants' Exhibits B-17, B-18, B-20, A-8, pg. 1, A-5, pg. 12, and A-1, pg. 36, are admitted.**

2:04 p.m. to 2:06 p.m.    Bench conference.

**Defendants' Exhibits A-1, pg. 39, A-5, pgs. 47, 48, 64-66, and 68-70 are admitted.**

2:10 p.m.    Cross examination of Dr. Carlson by Ms. Cook-Olson through videotaped deposition.

Court instructs jurors. Jurors excused.

Discussion regarding remaining video depositions.

**3:16 p.m.**     **Court in recess.**
**3:32 p.m.**     **Court in session.**

Jurors present.

Redirect examination of Mr. Carlson by Mr. Dougherty through videotaped deposition.

**Plaintiffs' Exhibits 14, 11, and 72 are admitted.**

3:37 p.m.     Plaintiffs' witness, Dr. Alan Torell, by videotaped deposition taken November 20, 2017.

Direct examination of Dr. Torell by Mr. Dougherty through videotaped deposition.

4:15 p.m.     Cross examination of Dr. Torell by Ms. Cook-Olson through videotaped deposition.

4:21 p.m.     Redirect examination of Dr. Torell by Mr. Dougherty through videotaped deposition.

**Plaintiffs' Exhibit 27 is admitted.**

4:28 p.m.     Plaintiffs' witness, Dr. Robert Arias, by videotaped deposition taken November 8, 2017.

Direct examination of Dr. Arias by Mr. Dougherty through videotaped deposition.

Court instructs jurors. Juror excused until January 11, 2018 at 8:30 a.m.

**4:56 p.m.**     **Court in recess.**

Hearing continued.
Total in-court time     6:19