IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No:     15-cv-02613-PAB-MEH         Date:   January 11, 2018
Courtroom Deputy:    Sabrina Grimm                Court Reporter:  Janet Coppock

| *Parties:* | *Counsel:* |
|---|---|
| JENNIFER DEBUHR, and<br>JASON DEBUHR, | Terry Dougherty<br>Audrey Svane |
| Plaintiffs, | |
| v. | |
| WARREN M HERN, and<br>BOULDER ABORTION CLINIC, P.C., a Colorado<br>professional corporation, | Kay Rice<br>Amy Cook-Olson |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY FOUR**

**8:31 a.m.        Court in session.**

Court calls case.

Discussion regarding taking experts out of turn.

8:39 a.m.       Jurors present.

**Plaintiffs' Exhibit 19 is admitted.**

8:42 a.m.       Defendant, Dr. Warren Hern, by videotaped deposition taken September 6, 2016.

Direct examination of Dr. Hern by Mr. Dougherty through videotaped deposition.

Court instructs jurors.  Jurors excused.

**10:14 a.m.       Court in recess.**
**10:31 a.m.       Court in session.**

Discussion regarding remaining time left of Dr. Hern's videotaped deposition.

10:32 a.m. Jurors present.

**Plaintiffs' Exhibit 18 is admitted.**
**Plaintiffs' Exhibit 42 is rejected.**

10:36 a.m. Continued direct examination of Dr. Hern by Mr. Dougherty through videotaped deposition.

Court instructs jurors. Jurors excused.

**11:50 a.m.  Court in recess.**
**1:24 p.m.   Court in session.**

Jurors present.

Plaintiffs' witness, Dr. Regan Theiler, sworn.

1:26 p.m. Direct examination of Dr. Theiler by Mr. Dougherty.

**Plaintiffs' Exhibit 26 is admitted.**

1:46 p.m. to 1:51 p.m. Bench conference.

Continued direct examination of Dr. Theiler by Mr. Dougherty.

2:11 p.m. to 2:12 p.m. Bench conference.

Continued direct examination of Dr. Theiler by Mr. Dougherty.

**Plaintiffs' Exhibit 45 is admitted.**

2:28 p.m. to 2:32 p.m. Bench conference.

Continued direct examination of Dr. Theiler by Mr. Dougherty.

2:34 p.m. Cross examination of Dr. Theiler by Ms. Cook-Olson.

2:35 p.m. Reference to November 4, 2016 deposition transcript of Dr. Regan Theiler.

**Defendants' Exhibit A-87, pgs. 362-364, are admitted.**

2:50 p.m. to 2:53 p.m. Bench conference.

Continued cross examination of Dr. Theiler by Ms. Cook-Olson.

3:03 p.m.  to 3:05 p.m.          Bench conference.

Continued cross examination of Dr. Theiler by Ms. Cook-Olson.

**Defendants' Exhibits A-91, A-92, and A-88 are admitted.**

Jurors excused.

**3:17 p.m.        Court in recess.**
**3:33 p.m.        Court in session.**

Jurors present.

Continued cross examination of Dr. Theiler by Ms. Cook-Olson.

3:40 p.m. to 3:46 p.m.          Bench conference.

Continued cross examination of Dr. Theiler by Ms. Cook-Olson.

**Defendants' Exhibit B-47 is admitted for demonstrative purposes.**
**Defendants' Exhibit B-41, pgs. 89-92, 6-26, are admitted.**

4:26 p.m.        Redirect examination of Dr. Theiler by Mr. Dougherty.

Witness excused.

4:36 p.m. to 4:38 p.m.          Bench conference.

Court instructs jurors.  Juror excused until January 16, 2018 at 8:30 a.m.

Court will assess trial scheduling.

**4:43 p.m.        Court in recess.**
**5:15 p.m.        Court in session.**

Discussion regarding trial scheduling and confidentiality of upcoming witnesses.

**5:22 p.m.        Court in recess.**

Hearing continued.
Total in-court time    6:12