IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No:     15-cv-02613-PAB-MEH          Date:   January 17, 2018
Courtroom Deputy:    Sabrina Grimm                Court Reporter:  Janet Coppock

| *Parties:* | *Counsel:* |
|---|---|
| JENNIFER DEBUHR, and<br>JASON DEBUHR, | Terry Dougherty<br>Audrey Svane |
| Plaintiffs, | |
| v. | |
| WARREN M HERN, and<br>BOULDER ABORTION CLINIC, P.C., a Colorado<br>professional corporation, | Kay Rice<br>Amy Cook-Olson |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY SIX**

**8:32 a.m.        Court in session.**

Court calls case.

Discussion regarding recalling Jennifer DeBuhr.

8:37 a.m.        Jurors present.

Continued cross examination of Dr. Arias by Ms. Rice through videotaped deposition.

9:10 a.m.        Redirect examination of Dr. Arias by Mr. Dougherty through videotaped deposition.

9:20 a.m.        Plaintiff, Jennifer DeBuhr, recalled.

Cross examination of Ms. DeBuhr by Ms. Rice.

9:38 a.m.        Redirect examination of Ms. DeBuhr by Mr. Dougherty.

Plaintiff, Jason DeBuhr, sworn.

9:46 a.m.        Direct examination of Mr. DeBuhr by Mr. Dougherty.

Court instructs jurors. Jurors excused.

**10:23 a.m.    Court in recess.**
**10:43 a.m.    Court in session.**

Jurors present.

10:45 a.m.       Continued direct examination of Mr. DeBuhr by Mr. Dougherty.

10:55 a.m.       Cross examination of Mr. DeBuhr by Ms. Rice.

11:03 a.m.       Reference to the August 24, 2016 deposition transcript of Jason DeBuhr.

11:20 a.m.       Redirect examination of Mr. DeBuhr by Mr. Dougherty.

Witness excused.

**Plaintiffs' Exhibits 22, 75, 77, and 79 are admitted.**

Plaintiffs rest.

11:30 a.m. to 11:31 a.m.        Bench conference.

Court instructs jurors. Jurors excused.

Defendants' oral motion for judgment as a matter of law pursuant to Rule 50 by Ms. Rice. Argument by Ms. Rice and Ms. Svane.

**ORDERED:   Defendants' oral motion for judgment as a matter of law pursuant to Rule 50 is GRANTED IN PART AND DENIED IN PART, as stated on record. Defendant Boulder Abortion Clinic, P.C. is dismissed from the case.**

**11:57 a.m.    Court in recess.**
**1:04 p.m.     Court in session.**

Discussion regarding the disclosure of demonstrative exhibits that will be used during Dr. Hopkins' testimony.
Court determines the demonstrative exhibits will be excluded.

1:11 p.m.        Jurors present.

Defendants' witness, Dr. Frederick Hopkins, sworn.

1:13 p.m.        Direct examination of Dr. Hopkins by Ms. Cook-Olson.

**Defendants' Exhibit A-39, pgs. 13-18, are admitted.**

2:26 p.m. to 2:34 p.m.        Bench conference.

Continued direct examination of Dr. Hopkins by Ms. Cook-Olson.

**Defendants' Exhibit B-41, pg. 117, is admitted.**

Jurors excused.

**3:02 p.m.        Court in recess.**
**3:21 p.m.        Court in session.**

Jurors present.

Continued direct examination of Dr. Hopkins by Ms. Cook-Olson.

**Defendants' Exhibit A-13, pg. 9, is admitted.**

3:45 p.m.        Cross examination of Dr. Hopkins by Mr. Dougherty.

Court instructs jurors.  Juror excused until January 18, 2018 at 8:30 a.m.

**5:06 p.m.        Court in recess.**
**5:32 p.m.        Court in session.**

Discussion regarding proposed jury instructions.  Counsel should plan on meeting again on January 19, 2018 after 5:00 p.m. for a further conference.

**6:00 p.m.        Court in recess.**

Hearing continued.
Total in-court time    7:16