IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**



Civil Action No. 15-cv-02613-PAB-MEH

JENNIFER DEBUHR and
JASON DEBUHR,

    Plaintiffs,

v.

WARREN M. HERN,

    Defendant.

---

## VERDICT FORM

---

We, the jury, upon our oaths, render our verdict in response to the following interrogatories:

1. Did plaintiff Jennifer DeBuhr have injuries, damages, or losses?

   Yes: __X__   No: _____

2. Was defendant Warrren M. Hern negligent?

   Yes: _____   No: __X__

3. Was the negligence, if any, of defendant a cause of any of the injuries, damages, or losses claimed by plaintiff Jennifer DeBuhr?

   Yes: _____   No: __X__

If you answered "no" to one or more of Question Nos. 1 to 3, DO NOT answer the remaining questions, but instead sign and date this verdict form.

If you answered "yes" to all of Question Nos. 1 to 3, please answer **Question Nos. 4 through 10.**

4. Was plaintiff Jennifer DeBuhr negligent?

Yes:_____ No:_____

5. Was the negligence, if any, of plaintiff Jennifer DeBuhr a cause of any of the injuries, damages, or losses claimed by her?

Yes:_____ No:_____

**Damages of Plaintiff Jennifer DeBuhr**

State your answers to the following questions relating to plaintiff Jennifer DeBuhr's damages that were caused by the negligence of defendant.

6. Damages to the present: What is the total amount of injuries, damages, or losses that plaintiff Jennifer DeBuhr has had to the present in each of the following categories? Enter zero for any category if you determine there were no injuries, damages, or losses in that category.

> (a) Non-economic losses, including pain and suffering, inconvenience, emotional stress, and impairment of the quality of life:
>
> $_____
>
> (b) Economic losses, including medical and other health care expenses:
>
> $_____

7. Future damages: What is the present value of the total amount of injuries, damages, and losses that plaintiff Jennifer DeBuhr will probably have in the future in each of the following categories? Enter zero for any category if you determine that plaintiff will probably have no future injuries, damages, or losses in that category.

For each category in which you determine that plaintiff Jennifer DeBuhr will

2

**Plaintiff Jason DeBuhr**

9. Did plaintiff Jason DeBuhr have injuries, damages, or losses?

Yes:_____ No:_____

10. Was the negligence, if any, of defendant a cause of any of the injuries, damages, or losses claimed by plaintiff Jason DeBuhr?

Yes:_____ No:_____

**If you answered "no" to either Question Nos. 9 or 10, DO NOT answer the remaining question, but instead sign and date this verdict form.**

**If you answered both Question Nos. 9 and 10 "yes," please answer Question No. 11.**

11. What is the total amount of injuries, damages, or losses that plaintiff Jason DeBuhr had in each of the following categories? Enter zero for any category if you determine there were no injuries, damages, or losses in that category.

(a) Noneconomic damages in the form of loss of affection, society, companionship, and aid and comfort of the injured spouse:

$_____

(b) Economic damages for loss of household services the injured spouse would have performed and any resulting expenses which plaintiff Jason DeBuhr has had or which he will have in the future:

$_____