IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-02613-PAB-MEH

JENNIFER DEBUHR and
JASON DEBUHR,

      Plaintiffs,

v.

WARREN M. HERN,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      The Court presided over a nine-day jury trial that commenced on January 8, 2018.

      Pursuant to the jury verdict [Docket No. 157] returned on January 22, 2018, it is

      **ORDERED** that judgment is hereby entered in favor of defendant Warren M. Hern and against Plaintiffs, Jennifer DeBuhr and Jason DeBuhr.  It is further

      **ORDERED** that defendant Warren M. Hern is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

      **ORDERED** that this case is dismissed.

DATED at Denver, Colorado this 26th day of January, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ <u>Sabrina Grimm</u>

Sabrina Grimm
Deputy Clerk